AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

______________________ DISTRICT OF ______________________

UNITED STATES OF AMERICA
V.
Leodegario Garcia-Mendez

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 1:07-mj-00038 DLM

I, Leodegario Garcia-Mendez, charged in a ☑ complaint ☐ petition pending in this District with Illegal Re-Entry After Deporation in violation of Title 8, U.S.C., 1326(a) and (b)(2), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☑ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☑ examination ☐ hearing.

Leodegario Garcia Mendez
*Defendant*

4/16/07
*Date*

[signature]
*Counsel for Defendant*