1312302

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

LEODEGARIO GARCIA-MENDEZ

RECEIVED
U.S. MARSHALS SERVICE
APR 12 2007

## WARRANT FOR ARREST

CASE NUMBER: 1:07-M-38M

To: The United States Marshal
and any Authorized United States Officer District of Rhode Island

YOU ARE HEREBY COMMANDED to arrest LEODEGARIO GARCIA-MENDEZ
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGAL REENTRY AFTER BEING A PREVIOUSLY DEPORTED ALIEN

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

DAVID L. MARTIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

David L Martin
Signature of Issuing Officer

4/12/2007 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED 04/12/2007<br>DATE OF ARREST 04/16/2007 | NAME AND TITLE OF ARRESTING OFFICER Robert D Young DUSM | SIGNATURE OF ARRESTING OFFICER Robert D Young |