IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:07-M-38M |
| vs. | ) | |
| | ) | |
| LEODEGARIO GARCIA-MENDEZ | ) | |

**NOTICE OF APPEARANCE**

Sandra R. Beckner, Assistant United States Attorney, files this Notice of Appearance in the case entitled, United States v. LEODEGARIO GARCIA-MENDEZ, 1:07-M-38M. Assistant United States Attorney Stephen G. Dambruch is being withdrawn.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email sandra.beckner@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 19th day of April, 2007, I caused the within Notice of Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mark B. Laroche, Esquire
10 Dorrance Street
Suite 515
Providence, RI 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email sandra.beckner@usdoj.gov